LOUIS TORRES

Plaintiff(s)

- against -

THE CITY OF NEW YORK, ETAL

Defendant(s)

Index # 07 CV 7355 (CASTEL)

Purchased August 17, 2007

**AFFIDAVIT OF SERVICE**

STATE OF NEW YORK: COUNTY OF NEW YORK ss:

ANDERSON CHAN BEING DULY SWORN DEPOSES AND SAYS DEPONENT IS NOT A PARTY TO THIS ACTION, OVER THE AGE OF EIGHTEEN YEARS AND RESIDES IN THE STATE OF NEW YORK.

That on August 28, 2007 at 11:09 AM at

100 CHURCH STREET
4TH FLOOR
NEW YORK, NY10007

deponent served the within SUMMONS AND COMPLAINT on THE CITY OF NEW YORK therein named,

**CORPORATION** a DOMESTIC corporation by delivering thereat a true copy of each to MADELYN SANTANA, LEGAL CLERK personally, deponent knew said corporation so served to be the corporation described in said SUMMONS AND COMPLAINT as said Defendant and knew said individual to be AUTHORIZED to accept thereof.

Deponent further states that he describes the person actually served as follows:

| Sex | Skin Color | Hair Color | Age (Approx.) | Height (Approx.) | Weight (Approx) |
|---|---|---|---|---|---|
| FEMALE | BROWN | BLACK | 40 | 5'6 | 120 |

That at the time of such service deponent knew the person so served as aforesaid to be the same person mentioned and described as the Defendant in this action.

Sworn to me on: August 28, 2007

JOEL GRABER
Notary Public, State of New York
No. 02GR4699723
Qualified in New York County
Comm. Expires February 10, 2010

JONATHAN GRABER
Notary Public, State of New York
No. 01GR6156780
Qualified in New York County
Comm. Expires December 4, 2010

**ANDERSON CHAN**
License #: 1220482
Invoice #: 446615

UNITED PROCESS SERVICE, INC., 3RD FLOOR, 315 BROADWAY, NEW YORK, NY 10007 - (212) 619-0728